Thomas Bender G074559
Name and Prisoner/Booking Number

Lower Buckeye Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓    ___ LODGED
___ RECEIVED    ___ COPY

JUN 0 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Thomas Bender,
(Full Name of Plaintiff)

             Plaintiff,

v.

(1) Maricopa County Sheriff
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
             Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-01346-PHX-SRB--JZB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Civil Right\Bill of rights

2. Institution/city where violation occurred: Lower Buckeye Jail\Phoenix

3.

## B. DEFENDANTS

1. Name of first Defendant: __Maricopa county Sheriff__ The first Defendant is employed as: __Detention officers__ at __Lower Buckeye Jail__.
   (Position and Title)                                 (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
   as: _____ at _____.
   (Position and Title)                                 (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                 (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __2__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Thomas Bender__ v. __Maricopa county sheriff__
      2. Court and case number: __CV24-01104-PHX-SRB--DVB__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __pending__

   b. Second prior lawsuit:
      1. Parties: __Thomas Bender__ v. __Maricopa county sheriff__
      2. Court and case number: __CV24-01105-PHX-SRB-3--DVB__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __pending__

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

### D. CAUSE OF ACTION

#### COUNT I

1. State the constitutional or other federal civil right that was violated: __civil rights__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The 20th day of may in the year 2024, I wrote a Inmate request with a count II showing them trun my shower etc is agianst my civil rights. The Detention off told me that it Broken and it cause promblem on many level witch mean the Jail should be condemned if not all ready. The a put me in a threat to safety which is another civil right. This hurts me deeply Emontional, The carky taser Gouns which is a Gun. I want to press charges. I belive it AGGravated Assault-Deadly JF2D

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emontional Pain, civil rights,

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __Cant put one in until 03/01/2029__

## COUNT II

1. State the constitutional or other federal civil right that was violated: Make fun of a handicap By: licing to him

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   19th The handicap shower was off for 3 days. I ask for it to be turn back on again after turning it of 3 days the frist times. Then they tell me you can only have 15 min. then she has to turn it off. Because it going to do flood on many levels. on the 20th of may on of the inmate was Pounding on shower then they turn on and leave it on for every one but me to use it. I have to wait until we luck down. make fun of me. hurting me and If I alowed to take a shower. Taking my basic necessities away a self worth. So I ask you Judge End my life please there No stoping them.
   They wont let me even Press charges.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emontoinal Pain, civil right not given to me. Take mental med for depression after I got hear.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   2. Did you submit a request for administrative relief on Count II?  ☐ Yes  ☒ No
   3. Did you appeal your request for relief on Count II to the highest level?  ☐ Yes  ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Cant Not Put in a grievance until 03/01/24

## COUNT III

1. State the constitutional or other federal civil right that was violated: _n_ _make fun of Handicaps_

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: _Making fun of Handicaps_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   When setting in line for "morning" med around 1130 hrs some Inmates and Detention officer. One of them called Tim another inmate an idiot. I dont if was the dentention officer or the inmates. They call him this because he sat down to fill out a HNR. They did this without that dose not matter the dentention officers is a fault because I faught with them say I was ok to treat people like this. Until I Thomas Bender in wheelchair not beening the Head of anything said making fun of handicap is not cool. Being handicap myself, this hurt me Emotional. He carry a taser Gun, which Gun I press charges. I belive that would AGF A.V.T-Dendly Fodon F3D

   Note: Tim is mental Handicap

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Emotional on me, thank God tim did not hear them

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   2. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   3. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I not aloud to put grievance in until 03/01/2026

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Death I am a wheelchair, They want /even call ada

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/20/21
             DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date     **MAY 3 0 2024**

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

\_\_\_ Hon _____ United States District Court, District of Arizona.

\_\_\_ Hon _____ United States District Court, District of Arizona.

\_\_\_ Attorney General, State of Arizona, _____

\_\_\_ Judge _____ Superior Court, Maricopa County, State of Arizona.

\_\_\_ County Attorney, Maricopa County, State of Arizona _____

\_\_\_ Public Defender, Maricopa County, State of Arizona _____

\_\_\_ Attorney _____

\_\_\_ Other _____

_____     _____
Legal Support Specialist Signature         S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009